**Atsede Michael OQUBAEGZI,**
**Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney**
**General, Respondent.**

No. 09–1597.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 4, 2009.

Decided: Nov. 18, 2009.

Atsede Michael Oqubaegzi, Petitioner Pro Se. Kathleen Kelly Volkert, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Atsede Michael Oqubaegzi, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motion to reopen or reconsider. We have reviewed the record and the Board's order and find no abuse of discretion. *See* 8 C.F.R. § 1003.2(a) (2009). Accordingly, we deny the petition for review for the reasons stated by the Board. *In re: Oqubaegzi* (B.I.A. May 12, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*